# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162174(67)(68)

JEFFREY FRIED, Personal Representative
of RUSSELL LOIOLA, LIP,
      Plaintiff-Appellant,

v

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendant,
and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,
      Defendant-Appellee.
_____/

SC: 162174
COA: 348670
Washtenaw CC: 16-001044-NF

On order of the Chief Justice, the separate motions of NeuroRestorative Michigan and Michigan Brain Injury Provider Council to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups on February 8, 2021, and February 9, 2021, respectively, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2021 _____



                    Clerk